JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOSH JUNCAJ, | ) | Case No. 5:24-cv-01036-JC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Court's Order Granting Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment in the above-captioned action shall be entered in favor of Plaintiff and against Defendant and that the final decision of the Commissioner of Social Security ("Commissioner") is reversed and remanded to the Commissioner for further proceedings consistent with the Stipulation to Remand.  IT IS SO ADJUDGED.

DATED:  October 10, 2024

_____
/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE