1  Troy D. Monge, Esq.
   Law Offices of Troy D. Monge, APC
2  2300 E. Katella Ave, Suite 325
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Nosh Juncaj

8

9                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA

11
   NOSH JUNCAJ,                    ) Case No. 5:24-cv-01036-JC
12                                 )
13           Plaintiff,            ) **ORDER AWARDING EQUAL**
                                   ) **ACCESS TO JUSTICE ACT**
14         v.                      ) **ATTORNEY FEES AND COSTS**
15                                 )
   MARTIN O'MALLEY,                )
16 Commissioner of Social Security,)
17                                 )
           Defendant.              )
18 _____)
19
           Based upon the parties' Stipulation for Award and Payment of Attorney
20
   Fees:
21
           IT IS ORDERED that the Commissioner shall pay attorney fees and
22
   expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in
23
   the amount of THREE THOUSAND NINE HUNDRED FIFTY-FOUR
24
   DOLLARS and FIFTY-THREE CENTS ($3,954.53), and costs under 28 U.S.C. §
25
   ///
26
27
   ///
28

                                      1

1 | 1920, in the amount of FOUR HUNDRED FIVE DOLLARS AND NO CENTS

2 | ($405.00), subject to the terms of the above-referenced Stipulation.

3 |

4 | Dated:        November 13, 2024

5 |                                   _____/s/_____

6 |                                   HONORABLE JACQUELINE CHOOLJIAN
                                      UNITED STATES MAGISTRATE JUDGE

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |